# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 8, 2018

*By the Court*:

No. 17-3163

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., *et al.*, | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| *Plaintiffs-Appellees*, | |
| *v.* | No. 1:16-cv-00763-TWP-DML |
| COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, | Tanya Walton Pratt, *Judge*. |
| *Defendants-Appellants.* | |

## O R D E R

Defendants-appellants have requested en banc review in this case limited to the question of the constitutionality of Ind. Code § 16-34-3-4, which regulates the disposal of fetal remains after an abortion or miscarriage. A majority of the judges in active service have voted to grant the state's petition. Accordingly, the petition for rehearing en banc is **GRANTED**. Part II.B of the panel's opinion of April 19, 2018, *Planned Parenthood of Ind. and Ky., Inc. v. Comm'r of the Ind. State Dept. of* Health, 888 F.3d 300, 307–10 (7th Cir. 2018), is **VACATED**, and the judgment is also **VACATED** insofar as it affirmed the district court's decision to enjoin enforcement of the fetal disposition statute. The court will set a date for the en banc oral argument by separate order.